AO 91 (Rev. 11/11) Criminal Complaint

**FILED**

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

OCT 22 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

United States of America
v.

**Mijuel Miquon Taylor**

*Defendant(s)*

Case No. 5:24-mj-2368-RN

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **July 25, 2024** in the county of **Wilson** in the
**Eastern** District of **North Carolina**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(1) and 924 | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Neylon, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 over the telephone.

Date: October 22, 2024

_____
*Judge's signature*

City and state: Raleigh, NC

Robert T. Numbers II, United States Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR CRIMINAL COMPLAINT

I, Special Agent Michael Neylon, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since February 2020. Prior to that, my assignments and experience include approximately four years of liaison work assigned to the FBI's Criminal Justice Information Services Division (CJIS). I have attended and completed five months of training at the FBI's Training Academy located in Quantico, Virginia. While employed with the FBI, I have investigated and participated in investigations involving federal criminal violations related to drug trafficking and violent crimes. I have also received specialized training regarding, and personally participated in, various types of investigative activities related to violent crimes, including, but not limited to, the following: (a) physical surveillance; (b) the debriefing of defendants, witnesses, informants, and other individuals who have knowledge concerning violations of federal laws; (c) the execution of search warrants; and (d) the handling and maintenance of evidence.

2. I have consulted extensively with other experienced agents regarding drug trafficking and violent criminal cases. As a result, the knowledge that I have obtained during my law enforcement career has been further informed by other law enforcement agents with experience conducting such investigations. I have also obtained both my Bachelor of Science degree in Forensic Science, and my Master of Science degree in Criminal Justice from Mercyhurst College, located in Erie, Pennsylvania.

3. As a Special Agent with the FBI, I am a law enforcement officer of the United States as defined by 18 U.S.C. § 2510(7), meaning that I am empowered by law to investigate violations of the laws of the United States, execute warrants issued under the authority of the United States, and make arrests for violations of Federal laws.

4. The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during this investigation, as well as the observations of other agents and investigators involved in this investigation. This affidavit contains only the information necessary to support probable cause, and it is not intended to include each and every fact and matter observed by me or known to the government.

5. I make this affidavit in support of a criminal complaint and arrest warrant for **Mijuel Miquon Taylor (TAYLOR)**. Based on the information detailed below, I submit that there is probable cause to believe that, on or about July 25, 2024, **TAYLOR** violated Title 18, United States Code, Sections 922(g)(1) and 924, by being a felon in possession of a firearm.

## FACTS ESTABLISHING PROBABLE CAUSE

6. Based on my review of law enforcement reports, conversations with other law enforcement officers or agents, witness/victim interviews, and my own knowledge of the investigation, I am aware of the following:

7. On July 25, 2024, a search warrant was sworn out and signed by a Superior Court Judge for the address located at 906 Briggs Street South, Wilson, North Carolina 27893, a residence located within the Eastern District of North Carolina.

8. On July 25, 2024, the search warrant was executed by Wilson Police Department (WPD), at 906 Briggs Street South, Wilson, North Carolina 27893. During the execution of the search warrant, multiple firearms were seized. Multiple individuals with active warrants were

2

located inside the residence and each of these subjects were arrested. **TAYLOR**, a validated Blood gang member, was located just outside and in front of the residence. **TAYLOR** had a firearm on his person. The firearm was a 9mm SCCY CPX-1 handgun. While **TAYLOR** was handcuffed, WPD Officers removed the handgun from **TAYLOR**'s waistband. As Officer Boswell, WPD, was making the gun safe, **TAYLOR** advised, "That's the only thing I got on me." Officer Boswell frisked the exterior of **TAYLOR**'s pants and **TAYLOR** said, "Get that." Officer Boswell then located a clear plastic bag containing 48 dosage units of MDMA in **TAYLOR**'s pants. **TAYLOR** was arrested by WPD and charged with possession of firearm by felon.

9. On September 6, 2024, FBI Special Agent (SA) Eric Nye, an Interstate Nexus Expert, examined photographs of the SCCY, model CPX-1, 9 mm pistol seized from **TAYLOR** described above. SA Nye determined this weapon is a firearm as defined in Title 18, U.S.C. 921(a)(3). SA Nye also determined this firearm was not manufactured in the state of North Carolina, therefore, since the firearm was possessed in the State of North Carolina, this firearm traveled in or affected interstate and/or foreign commerce as defined by Title 18, U.S.C. 921(a)(2) prior to **TAYLOR** possessing it.

10. I have reviewed **TAYLORS**'s criminal history and judgments of conviction. **TAYLOR** pled guilty to Larceny of a Firearm, Break/Enter a Motor Vehicle and Break/Enter to Terrorize or Injure on January 20, 2023 in Wilson County Superior Court and received an active sentence of incarceration of 8-19 months. This conviction establishes that **TAYLOR** was a felon and would be aware of his felon status.

## CONCLUSION

3

Case 5:24-mj-02368-RN  Document 1  Filed 10/22/24  Page 4 of 5

12. Based on the facts set forth in this affidavit, I submit that there is probable cause to believe that **Mijuel Miquon Taylor** committed the crime of felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

Respectfully Submitted,

_____
MICHAEL NEYLON
Special Agent
Federal Bureau of Investigation

Pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure, the affiant appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this written affidavit.
Dated: October 22, 2024

_____
Robert T. Numbers, II
United States Magistrate Judge